■ In the Matter of DERRICK R., a Person Alleged to be a Juvenile Delinquent, Appellant. [898 NYS2d 844]—Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about July 2, 2009, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of grand larceny in the fourth degree and jostling, and placed him on probation for a period of 15 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing its determinations that the victim's identification testimony was reliable, and that the alibi witness's testimony did not raise a reasonable doubt as to appellant's guilt, since the witness based her testimony primarily on her knowledge of appellant's normal routine and could have been mistaken about the particular day of the incident. Concur—Tom, J.P., Mazzarelli, Acosta, DeGrasse and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN FERNANDEZ, Appellant. [899 NYS2d 722]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Megan Tallmer, J., at hearing, plea and sentence), rendered on or about January 23, 2006, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Tom, J.P., Mazzarelli, Acosta, DeGrasse and Richter, JJ.